# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

JAMES DAVID THUNDER,

    Plaintiff,

v.                                                                            Case No. 18-CV-1365

BABTUNDE OKULEYE,

    Defendant.

## ORDER

On April 15, 2022, the court held a status conference via Zoom. Plaintiff James David Thunder failed to appear. The court then issued an order giving Thunder under May 24, 2022, to file a letter explaining why he did not appear at the hearing. (ECF No. 118.) The court warned Thunder that if he failed to respond, the court would dismiss the action.

On May 3, 2022, Thunder called the Clerk of Courts' office and updated his address. The clerk then sent the show cause order to his new address.

The May 24, 2022, deadline has passed. Thunder did not file a letter explaining why he missed the hearing or otherwise indicating that he wants to pursue this case. His actions suggest that he no longer is interested in pursuing this case. Accordingly, the court dismisses this case for failure to follow the court's order.

**THEREFORE, IT IS ORDERED** that this case is **DISMISED**. The Clerk of Court will enter judgment accordingly.

This order and the judgment to follow are final. A dissatisfied party may appeal this court's decision to the Court of Appeals for the Seventh Circuit by filing in this court a notice of appeal within **30 days** of the entry of judgment. *See* Federal Rule of Appellate Procedure 3, 4. This court may extend this deadline if a party timely requests an extension and shows good cause or excusable neglect for not being able to meet the 30-day deadline. *See* Federal Rule of Appellate Procedure 4(a)(5)(A).

Under certain circumstances, a party may ask this court to alter or amend its judgment under Federal Rule of Civil Procedure 59(e) or ask for relief from judgment under Federal Rule of Civil Procedure 60(b). Any motion under Federal Rule of Civil Procedure 59(e) must be filed within **28 days** of the entry of judgment. The court cannot extend this deadline. *See* Federal Rule of Civil Procedure 6(b)(2). Any motion under Federal Rule of Civil Procedure 60(b) must be filed within a reasonable time, generally no more than one year after the entry of the judgment. The court cannot extend this deadline. *See* Federal Rule of Civil Procedure 6(b)(2). A party is expected to closely review all applicable rules and determine, what, if any, further action is appropriate in a case.

Dated at Milwaukee, Wisconsin this 23rd day of June, 2022.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge

3

Case 2:18-cv-01365-NJ   Filed 06/23/22   Page 3 of 3   Document 119